# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

SHARIFF MILLER

**FILED**
8-8-08
AUG - 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**
MAGISTRATE JUDGE COLE

CASE NUMBER: 08 CR 629

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 21, 2008 in Lake County, in the Northern District of Illinois, and elsewhere, defendant(s) did,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possess a firearm, namely, a Remington Model 742 semi-automatic rifle with scope bearing serial number A7421511, which firearm was in and affecting commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

in violation of Title 18 United States Code, Section 922(g)(1).

I further state that I am a Special Agent, United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: _x_ Yes  ___ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

August 8, 2008
Date

at Chicago, Illinois
City and State

Hon. Jeffrey Cole, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

I, Mark Shaffer, being duly sworn depose and state as follows:

1. I am employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been so employed for more than twenty years. My duties as an ATF Special Agent consist of investigating and assisting in the prosecution of criminal violations of federal laws governing the possession, use, and sale of firearms, including but not limited to violations of Title 18, United States Code, Section 922. I am currently assigned to the Chicago Field Division Field Office.

2. My current duties primarily include the investigation of federal firearms offenses committed by members of street gangs and other organizations whose members engage in violent criminal activity. In addition, I investigate related federal controlled substance violations, including but not limited to violations of Title 21, United States Code, Section 841.

3. During my employment as an ATF Special Agent, I have received specialized training and have personally participated in various types of investigative activity, including but not limited to the following: (a) physical surveillance; (b) the debriefing of defendants, witnesses, informants, and other individuals who have knowledge concerning violations of federal firearms laws; (c) undercover operations; (d) the execution of search warrants; (e) the consensual monitoring and recording of conversations; (f) electronic surveillance through the use of pen registers and trap and trace devices; and (g) the handling and maintenance of evidence.

4. The statements made in this Affidavit are based on: (a) my personal participation

in this investigation; (b) information provided to me by other law enforcement officers; (c) criminal history records maintained by various law enforcement agencies; and (d) the training and experience of myself and other law enforcement agents and officers.

## PURPOSE OF THE AFFIDAVIT

5. This Affidavit is made for the limited purpose of establishing probable cause in support of a criminal complaint alleging that SHARIFF MILLER ("MILLER"), possessed a firearm that had previously moved in interstate commerce, in violation of Title 18, United States Code, Section 922. Because this Affidavit is for the limited purpose of establishing probable cause, it does not contain every fact known to me concerning this investigation.

## THE INVESTIGATION

6. Amongst other convictions, MILLER was convicted in October 2000 in Lake County, Illinois, of manufacturing/delivering 1-15 grams of cocaine and was sentenced to 4 years in prison.

7. On or around Monday, April 21, 2008, at approximately 11:36 p.m., a state narcotics search warrant was executed by the North Chicago and Zion Police Departments, including the Zion SWAT team, and ATF at the residence of MILLER, located at 3021 Gilead, Zion, Illinois 60099. Immediately before the search warrant was executed, MILLER was observed to be in the living room of his residence along with several females. The SWAT team entered MILLER's residence through the west door, and Miller attempted to flee his residence through the south door. Law enforcement officers pursued Miller on foot, and he was eventually overtaken, placed in handcuffs, and returned to his house.

8. The residence was searched, and the following contraband was collected: (a) One Remington Rand Inc., model 1911 A1 U.S. Army, .45 Auto caliber semi-automatic pistol, serial

number 1010256, with one magazine loaded with seven live cartridges; (b) One Sturm Ruger, model .44 Carbine, .44 Magnum caliber rifle, serial number 102-54161, three live .44 Magnum cartridges, with attached scope and sling; (c) One Remington, Model 742, .30-06 Springfield caliber rifle, serial number A7421511, with attached scope and sling; (d) 43.31 grams of Cocaine; (e) 12.96 grams of Cannabis; and (f) 2.05 grams of Benzylpiperazine (Ecstasy) in seven doses. The Remington Rand Inc., model 1911 handgun was located in a bedroom hidden between the mattresses of a bed. These contraband substances were later identified and weighed at the Northern Illinois Regional Crime Laboratory.

9. On July 12, 2008, the Northern Illinois Regional Crime Laboratory lifted the right thumb print of MILLER from the Remington, Model 742, .30-06 Springfield caliber rifle, serial number A7421511.

10. The Remington, Model 742, .30-06 Springfield caliber rifle, serial number A7421511 had traveled in interstate commerce in that the gun was not manufactured in Illinois.

11. A search of the home also revealed four black females hiding in a bedroom closet. The females each signed a Miranda waiver and provided statements. Individual A wrote in a sworn affidavit that she had been living with MILLER at the residence that was searched since March 2008. She indicated that during that time she's known him to sell crack cocaine and had seen him sell "eight balls" of crack. She was aware that MILLER owned a hand gun and kept the gun under the mattress in the bedroom they shared together. She further wrote that all of the drugs and guns belonged to MILLER.

12. In a May 2, 2008, unsworn statement, Individual A recanted her prior affidavit. Individual A claimed that she had given a false statement to the police. She wrote that all of the guns belonged to her, and that she had purchased the rifles just days before. Individual A also

claimed that the drugs were hers.

13. The three other females in the house gave statements that none of the guns or drugs in the house belonged to any of them.

## CONCLUSION

14. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that SHARIFF MILLER possessed a firearm, namely, a Remington Model 742 semi-automatic rifle with scope bearing serial number A7421511, which firearm was in and affecting commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of the firearm, in violation of Title 18 United States Code, Section 922(g)(1).

FURTHER AFFIANT SAYETH NOT

MARK SHAFFER, Special Agent
ATF

Subscribed to and sworn before
me this 8th day of August, 2008

Hon. Jeffrey Cole
United States Magistrate Judge