## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 629 - 1 | **DATE** | 8/11/2008 |
| **CASE TITLE** | USA vs. Shariff Miller | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held.  Defendant appears in response to arrest on 8/11/08. Defendant informed of his rights.  Enter order appointing Robert Seeder as counsel for defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 8/13/08 at 10:15 a.m. before Magistrate Judge Mason.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|