## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 629 - 1 | **DATE** | 8/13/08 |
| **CASE TITLE** | USA vs. Shariff Miller | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant Miller to remain in federal custody without prejudice pending further order of the Court.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | rbf |
|---|---|---|